IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM M. FUGUET,

      Appellant,

v.

      Case No.  5D21-1493
      LT Case No. 2018-11865-CIDL

RACHEL F. GERKER, WILLIAM T. GERKER
AND GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

      Appellees.
_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Volusia County,
Kathryn D. Weston, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Warren Kwavnick, of Cooney Trybus Kwavnick
Peets, Fort Lauderdale, for Appellees, Rachel
F. Gerker and Williams T. Gerker.

Jeffrey A. Cohen and Paul L. Nettleton, of
Carlton Fields, P.A., Miami, for Appellee,
Government Employees Insurance Company.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J, EVANDER and TRAVER, JJ., concur.